# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYCHAL REED,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>KATHLEEN ALLISON,<br><br>　　　　　Respondent. | Case No.  1:23-cv-01485-NODJ-SKO-HC<br><br>ORDER CONSTRUING MOTION FOR RELIEF FROM JUDGEMENT AS MOTION TO SUPPLEMENT PLEADING AND GRANTING MOTION TO SUPPLEMENT |

   Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

   On October 18, 2023, Petitioner filed the instant federal habeas petition.  (Doc. 1.)  On December 14, 2023, Respondent filed a motion to dismiss the petition. (Doc. 11.) On January 2, 2024, Petitioner filed a notice of voluntary dismissal.  (Doc. 12.) On January 3, 2024, the Court issued a Findings and Recommendation to dismiss the petition pursuant to Petitioner's notice of voluntary dismissal.  On January 8, 2024, Petitioner filed the instant pleading entitled "Motion for Relief of Judgment."  In his motion, Petitioner states he failed to attach his exhibits to his Notice of Dismissal.  He requests that the exhibits he attaches to the motion be included with his Notice.  The Court will construe his motion as a motion to supplement the Notice and grant this motion.

**ORDER**

Accordingly, Petitioner's motion for relief of judgment is CONSTRUED as a motion to supplement his Notice of Dismissal, and hereby GRANTS said motion to supplement the Notice with the attached exhibits.

IT IS SO ORDERED.

Dated: **January 10, 2024**         /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE